# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3152

_____

Albert Reece,

        Appellant,

    v.

Robert Knowls, Doctor; Michael
Cherazard, Doctor; Ashkok R. Mallya,
Doctor,

        Appellees.

\*
\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Eastern
\*   District of Missouri.
\*
\*        [UNPUBLISHED]
\*
\*

_____

Submitted: April 5, 2001

Filed: April 10, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Albert Reece appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint, wherein he alleged that he lost sight in his left eye as a result of defendants'

---

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri, adopting the report and recommendations of the Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri.

prescribing him medication which they should have known would cause him to lose his eyesight. We conclude dismissal was proper, because medical negligence is not enough to maintain a section 1983 action. <u>See</u> <u>Estelle v. Gamble</u>, 429 U.S. 97, 106-07 (1976). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.